UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMON ABRAHMS,<br><br>         Plaintiff,<br><br>   -against-<br><br>SIMON BAITLER,<br>         Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Simon Baitler ("Mr. Baitler"), by and through his undersigned attorneys, hereby removes this action from the Superior Court of Connecticut, Judicial District of Hartford, at Hartford, to the United States District Court for the District of Connecticut.  In support of this Notice of Removal, Mr. Baitler avers as follows:

1.   Plaintiff commenced this action through the filing of a Summons and Complaint dated October 31, 2021 in the Superior Court of Connecticut, Judicial District of Hartford, at Hartford, Return Date: December 7, 2021 (the "State Court Action").  A true and correct copy of the Summons and Complaint filed by plaintiff is annexed hereto as Exhibit 1.

2.   In his Complaint, plaintiff, who is a beneficiary of certain Trusts in respect of which Mr. Baitler has served as a Trustee, asserts a single claim against Mr. Baitler for breach of fiduciary duty under Connecticut common law predicated upon allegations that Mr. Baitler failed to adhere to unspecified "transfer instructions" allegedly set forth in the Trust documents.

**The Court has Jurisdiction Over the Action Pursuant to 18 U.S.C. § 1332**

3. This is an action between "citizens of different states." 28 U.S.C. § 1332(a)(1). As alleged in the Complaint, Mr. Baitler is a resident of the State of California. In the Summons, plaintiff identifies his residence as "East 92nd Street, New York City, New York."

4. The amount in controversy exceeds $75,000, exclusive of interest and costs. While plaintiff does not demand a specific sum of damages in the Complaint, he avers that he has suffered "severe economic damages" resulting from the alleged breach of fiduciary duty. (Compl. ¶ 10.) Plaintiff further alleges that Mr. Baitler "received a payment of $500,000" from the Trust at issue. Moreover, acting in his capacity as Trustee, Mr. Baitler has distributed in excess of $75,000 to each of the beneficiaries of the Trust at issue, including plaintiff. Thus, upon information and belief, the transfers that are the subject of plaintiff's claim exceed $75,000 in value.

5. In light of the foregoing, the Court possesses original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court, Judicial District of Hartford at Hartford, and served on counsel for Plaintiff.

7. The filing of this Notice of Removal is without waiver of, and Defendant specifically preserves any and all defenses in this action, including, without limitation, defenses based on lack of personal jurisdiction and improper service.

**This Notice of Removal is Timely Under 28 U.S.C. § 1446(b)**

8. As set forth above, plaintiff commenced the State Court Action on or after October 31, 2021, the date appearing on the Notice in the Summons and Complaint. Defendant received the Summons and Complaint by mail on November 6, 2021.

9. As this Notice of Removal is being filed on November 23, 2021 it has been timely filed prior to the expiration of the 30-day period set forth in 28 U.S.C. § 1446(b).

WHEREFORE, defendant Simon Baitler respectfully provides notice of the removal of this action from the Superior Court of the State of Connecticut, Judicial District of Hartford, at Hartford, to the United States District Court for the District of Connecticut.

Dated: November 23, 2021
Stamford, CT

                        **EPSTEIN, BECKER & GREEN P.C.**

By: */s/ Deborah DeHart Cannavino*
     Deborah DeHart Cannavino
     One Landmark Square
     Stamford, CT  06901
     (203) 326-7437

*Attorneys for Defendant Simon Baitler*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, a copy of the foregoing *Notice of Removal* was filed electronically. Notice of this filing will be sent to all counsel and pro se parties of record, via electronic mail by operation of the Court's electronic filing system, or via first-class mail, postage prepaid, on those parties unable to accept electronic filing, including to:

Thomas P. Willcutts
Willcutts & Habib LLC
100 Pearl Street,
14th Floor
Hartford, CT 06103

                                                     /s/ *Deborah DeHart Cannavino*
                                                     Deborah DeHart Cannavino

# EXHIBIT 1

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street; Hartford, CT 06106 | ( 860 ) 548 – 2700 | February 16, 2021 |

☒ Judicial District  ☐ G.A. Number: __  At (City/Town): Hartford
☐ Housing Session

Case type code (See list on page 2)  Major: T   Minor: 90

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Willcutts & Habib LLC; 100 Pearl Street, 14th Floor; Hartford, CT 06103

Juris number (if attorney or law firm): 440514

Telephone number: ( 860 ) 249 – 7071
Signature of plaintiff (if self-represented):

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): tpw@willcutts.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Simon Abrahms<br>Address: East 92nd Street; New York City, NY 10128 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Simon Baitler<br>Address: c/o Secretary of State, 30 Trinity St.; Hartford, CT 06106; Address: 818 22nd St, Santa Monica, CA 90403 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 2   Total number of defendants: 2   ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 10/31/2021 | [signature] | ☐ Clerk | Thomas P. Willcutts |

**If this summons is signed by a Clerk:**

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

I certify I have read and understand the above:  Signed (Self-represented plaintiff)   Date   Docket Number

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

RET. DATE DECEMBER 7, 2021

| | | |
|---|---|---|
| SIMON ABRAHMS | : | SUPERIOR COURT |
| v. | : | J. D. at HARTFORD |
| SIMON BAITLER | : | OCTOBER 31, 2021 |

## COMPLAINT

1. Marc C. Abrahms, now deceased, resided in West Hartford, Connecticut and was the father of the Plaintiff, Simon Abrahms.

2. As part of his estate planning, Marc C. Abrahms created THE MARC C. ABRAHMS REVOCABLE TRUST (The "Trust"), which by its terms was created, located and administered in the State of Connecticut and governed by the laws of Connecticut.

3. The Defendant, Simon Baitler, is a resident of Santa Monica, California. The Defendant was appointed Executor under the terms of Marc C. Abrahms' "Last and Testament" (the "Will"). The Defendant was formally appointed as Executor and Fiduciary of the Estate of Marc C. Abrahms by the Connecticut Probate Court, and the Defendant formally accepted said appointment.

4. Under the terms of both the Will and the Trust, the Defendant was also appointed the sole Trustee of the Trust, and the Defendant accepted said appointment.

5. Under the terms of the Trust, Marc C. Abrahms made provisions for the transfer and distribution of Trust assets and income to his four children, including the Plaintiff. Said terms of the Trust included very specific provisions for

the timing of said transfers and distributions, taking into account the age and maturity of the decedent's children at the time of transfer, in a manner that was designed by Marc C. Abrahms to maximize the benefit conveyed to his children and to minimize the risk of waste of the transferred assets. (Said Trust provisions hereinafter referred to as the "Transfer Instructions.")

6. In both the Will and the Trust, Marc C. Abrahms specifically made reference to the Defendant as being "my friend," and under the terms of the Trust, Marc C. Abrahms gifted $100,000 to the Defendant and the Defendant received a payment of $500,000 in compensation for his serving as the sole Trustee of the Trust. In said role and within said context, Marc C. Abrahms entrusted the Defendant with the responsibility and duty of carrying out his Transfer Instructions, for the benefit of his children and the protection of the assets being transferred to his children.

7. The Defendant violated the Transfer Instructions as to the Plaintiff, either deliberately or with a reckless disregard as to whether or not he was adhering to said Transfer Instructions.

8. A fiduciary relationship existed between the Defendant and the Plaintiff, which gave rise to: (a) a duty of loyalty on the part of the Defendant to the Plaintiff, (b) an obligation on the part of the Defendant to act in the best interests of the Plaintiff, and (c) an obligation on the part of the Defendant to act in good faith in any manner relating to the Plaintiff.

9. The Defendant breached his duties to act in the best interests of the Plaintiff and to act in good faith towards the Plaintiff, as a consequence of his

-2-

Willcutts & Habib LLC • Attorneys at Law • 100 Pearl Street, 14th Floor • Hartford, CT 06103 • (860) 249-7071 • Juris # 440514

deliberate and/or reckless violation of the Transfer Instructions, advancing his own interests to the detriment of the Plaintiff, which resulted in the precise damages to the Plaintiff that the Transfer Instructions were specifically designed to avoid.

10. The Plaintiff has suffered severe economic damages as a direct consequence of the Defendant's violation of his fiduciary duties to the Plaintiff, as set forth above.

Willcutts & Habib LLC • Attorneys at Law • 100 Pearl Street, 14th Floor • Hartford, CT 06103 • (860) 249-7071 • Juris # 440514

WHEREFORE, the Plaintiff claims:

Compensatory damages and attorney fees and costs.

PLAINTIFF,

By _____
Thomas P. Willcutts
Willcutts & Habib LLC
100 Pearl Street; 14th Fl
Hartford, CT 06103
Juris # 302886

A TRUE COPY
ATTEST:

_____
ALEX J. RODRIGUEZ
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

- 4 -

RET. DATE DECEMBER 7, 2021

| | | |
|---|---|---|
| SIMON ABRAHMS | : | SUPERIOR COURT |
| V. | : | J. D. at HARTFORD |
| SIMON BAITLER | : | OCTOBER 31, 2021 |

## STATEMENT RE: AMOUNT IN DEMAND

The amount in demand, not including interests and costs, is greater than $2,500.00

PLAINTIFF,

By _____
Thomas P. Willcutts
Willcutts & Habib LLC
100 Pearl Street; 14th Fl
Hartford, CT 06103
Juris # 302886

A TRUE COPY
ATTEST

ALEX J. RODRIGUEZ
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

- 5 -